**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ZENG JEAN-JACQUES,

     Petitioner,

v.                                      CASE NO. 1:18cv2-MCR-HTC

MARK S INCH,

     Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 2, 2020. ECF No. 29. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections were filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF Doc. 29, is
adopted and incorporated by reference in this Order.

(2) The petition under 28 U.S.C. § 2254, challenging the conviction in *State v. Jean-Jacques*, 01-2011-CF-004280-A, in the Eighth Judicial Circuit, in and for Alachua County, Florida, ECF Doc. 1, is DENIED.

(3) A certificate of appealability is DENIED.

(4) The Clerk is directed to close this matter.

**DONE AND ORDERED** this 8th day of April 2020.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**